UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-62607-CV-WILLIAMS

WILLIAM TAYLOR,

    Plaintiff,

vs.

EMERALD THAI, INC. and ARREL
ENTERPRISES, INC.,

    Defendants.

_____/

## ORDER REFERRING MOTION TO MAGISTRATE

**THIS MATTER** is before the Court on Stipulation to Approve Consent Decree (DE 17). Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the Court hereby **REFERS** the motion to United States Magistrate Judge Barry S. Seltzer for appropriate disposition.

**DONE AND ORDERED** in chambers in Miami, Florida, this 16t day of March, 2012.

                                                  KATHLEEN M. WILLIAMS
                                                UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record