UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-CV-62607-WILLIAMS/SELTZER

WILLIAM L. TAYLOR,

    Plaintiffs,

vs.

EMERALD THAI, INC. a Florida Corporation,
and ARREL ENTERPRISES, INC. a Florida
Limited Liability Company,

    Defendants.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, WILLIAM L. TAYLOR ("Plaintiff"), by and through the undersigned counsel, hereby notify this Court that Plaintiff has reached settlement of all issues pertaining to their case against Defendant, EMERALD THAI, INC. ("Defendant").

The parties are presently preparing a formal settlement agreement for signature by all parties and intend to file a stipulation for dismissal with prejudice when the agreement is signed by all required to do so, which they anticipate will be no more than twenty (25) days from the date hereof.

Respectfully submitted this 19th day of March, 2012.

/s/ Douglas S. Schapiro

Douglas S. Schapiro
Fla. Bar #54538
Schapiro Law Group, P.L
Attorneys for Plaintiff
7050 W. Palmetto Park Road
Suite 15-271
Boca Raton, FL 33433
Tele: (561) 807-7388
Fax: (561) 807-7198
Email: Schapiro@schapirolawgroup.com

**CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on 19th day of March, 2012.

/s/ Douglas S. Schapiro

Douglas S. Schapiro
Fla. Bar #54538
Schapiro Law Group, P.L
Attorneys for Plaintiff
7050 W. Palmetto Park Road
Suite 15-271
Boca Raton, FL 33433
Tele: (561) 807-7388
Fax: (561) 807-7198
Email: Schapiro@schapirolawgroup.com