UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-62607-CV-WILLIAMS

WILLIAM TAYLOR,

    Plaintiff,

vs.

EMERALD THAI, INC. and ARREL
ENTERPRISES, INC.,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on a *sua sponte* review of the record. It is hereby **ORDERED AND ADJUDGED** as follows:

(1) In light of Plaintiff's notice of settlement with Defendant Emerald Thai, Inc. (DE 20), its motion for default judgment (DE 16) is **DENIED AS MOOT**. On or before April 6, 2012, Plaintiff shall file a joint status report with the Court advising the Court of the status of the settlement. In lieu of a report, the parties may file a Joint Stipulation to Dismiss with Prejudice.

(2) Plaintiff's proposed consent decree (DE 17) is **APPROVED**. Defendant Arrel Enterprises, Inc. is hereby **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction to enforce the consent decree.

(3) The Court hereby **VACATES** its orders of reference (DE 18, DE 19).

**DONE AND ORDERED** in chambers in Miami, Florida, this 19th day of March, 2012.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:     Counsel of Record