UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-CV-62607-WILLIAMS/SELTZER

WILLIAM L. TAYLOR,

    Plaintiffs,

vs.

EMERALD THAI, INC. a Florida Corporation,
and ARREL ENTERPRISES, INC. a Florida
Limited Liability Company,

    Defendants.

_____/

### **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, WILLIAM L. TAYLOR, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(1)(A)(i), hereby voluntarily dismisses Defendant, Emerald Thai, Inc. with prejudice and as Emerald Thai, Inc. was the sole remaining Defendant, seeks to dismiss this cause of action with prejudice.

Respectfully submitted this 12th day of April, 2012.

                                        /s/ Douglas S. Schapiro

                                        Douglas S. Schapiro
                                        Fla. Bar #54538
                                        The Schapiro Law Group, P.L
                                        Attorney for Plaintiff
                                        7050 W. Palmetto Park Road
                                        Suite 15-271
                                        Boca Raton, FL 33433
                                        Tele: (561) 807-7388
                                        Fax: (561) 807-7198
                                        Email: schapiro@schapirolawgroup.com