UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-62607-CV-WILLIAMS

WILLIAM TAYLOR,

    Plaintiff,

vs.

EMERALD THAI, INC. and ARREL
ENTERPRISES, INC.,

    Defendants.
_____/

## ORDER

Upon consideration of the record and in light of Plaintiff's Notice of Voluntary Dismissal with Prejudice (DE 24), this action is **DISMISSED WITH PREJUDICE** as to Defendant Emerald Thai, Inc., each party to bear its own costs and fees. The Clerk of Court is instructed to **CLOSE** this case for administrative purposes. Any and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in chambers in Miami, Florida, this 13th day of April, 2012.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record